UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICIA LUM ROBINSON,<br><br>        Plaintiff,<br><br>   v.<br><br>BLST OPERATING COMPANY, LLC,<br><br>        Defendant. | Case No. 24-cv-01784-JD<br><br>**ORDER TRANSFERRING CASE** |

The parties' joint request, Dkt. No. 14, is granted.

Pursuant to the parties' stipulation and 28 U.S.C. § 1404(a), the case is ordered transferred to the United States District Court for the District of Minnesota.

**IT IS SO ORDERED.**

Dated: June 4, 2024

JAMES DONATO
United States District Judge